[Nos. 16830-8-II; 16836-7-II.   Division Two.   November 30, 1994.]


THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
EDWIN RAMER, *Appellant*.


THE STATE OF WASHINGTON, *Respondent*, v. PETER
JASON MARTINEZ, *Appellant*.


Appeals from judgments of the Superior Court for Cowlitz
County, Nos. 92-1-00516-3, 92-1-00517-1, Milton R. Cox, J.,
entered January 28 and February 1, 1993. *Affirmed* by un-
published opinion per Petrie, J. Pro Tem., concurred in by
Morgan, C.J., and Houghton, J.


[Nos. 16363-2-II; 16771-9-II.   Division Two.   November 30, 1994.]


THE STATE OF WASHINGTON, *Respondent*, v. LARRY
LEVON BUNCH, *Appellant*.


*In the Matter of the Personal Restraint of* LARRY
LEVON BUNCH, *Petitioner*.


Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-01507-4, Karen L. Strombom, J., entered
August 19, 1992, together with a petition for personal re-
straint. Appeal *affirmed* and petition *dismissed* by unpub-
lished opinion per Seinfeld, A.C.J., concurred in by Hough-
ton, J., and Petrich, J. Pro Tem.


[No. 13824-1-III.   Division Three.   December 1, 1994.]


*In the Matter of the Personal Restraint of* GEORGE
WILLIAM BRASSFIELD, *Petitioner*.


Petition for relief from personal restraint. *Denied* by un-
published opinion per Munson, J., concurred in by Thomp-
son, C.J., and Sweeney, J.